**UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

No. 97-20094
Summary Calendar

IN THE MATTER OF ANGIE DAVILA

Debtor.

FRANK E. MANN, III,

Appellant,

VERSUS

ANGIE DAVILA,

Appellee.

Appeal from the United States District Court
For the Southern District of Texas

(CA-H-96-1572)

July 16, 1997

Before JONES, DeMOSS and PARKER, Circuit Judges.

PER CURIAM:*

We have carefully reviewed the parties briefs, the record

_____

*Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

excerpts, and the relevant portions of the record in this case. The judgment of the district court affirming the bankruptcy court's imposition of sanctions against the Appellant is AFFIRMED.